IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN LYNN,

      Petitioner,                  No. CIV S-04-2126 LKK PAN P

    vs.

A.K. SCRIBNER,

      Respondent.               ORDER

_____/

        Petitioner, a state prisoner without counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 9, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondent has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations filed August 9, 2005, are adopted in full;

3 and

4          2.  Respondent's February 18, 2005, motion to dismiss is denied, petitioner's

5 January 24, 2005, motion to stay this action is denied and respondent is directed to file and serve

6 an answer to the petition within thirty days.

7 DATED:   September 23, 2005.

8

9                    /s/Lawrence K. Karlton
                        UNITED STATES DISTRICT JUDGE

10 /lynn2126.805

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26