United States District Court

Eastern District of California

Steven Lynn,

    Petitioner,

vs.

A. K. Scribner,

    Respondent.

No. Civ. S 04-2126 LKK PAN P

Order

-oOo-

October 20, 2005, respondent requested an extension of time to file and serve an answer to the petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: October 25, 2005.

    /s/ Peter A. Nowinski
    PETER A. NOWINSKI
    Magistrate Judge