United States District Court

Eastern District of California

Steven Lynn,

      Petitioner,                No. Civ. S 04-2126 LKK PAN P

  vs.                          Order

A.K. Scribner,

      Respondent.

-oOo-

November 21, 2005, respondent requested an extension of time to file and serve an answer. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: November 29, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge