IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN LYNN,

     Petitioner,                   No. CIV S-04-2126 ALA HC

    vs.

A.K. SCRIBNER, Warden,          <u>ORDER</u>

     Respondent.

_____/

     Petitioner Steven Lynn, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's February 20, 2008, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

     A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1 | For the reasons set forth in the court's February 20, 2008, order, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability will not issue in this action.

IT IS SO ORDERED.

/////

DATED: March 11, 2008

                                    /s/ Arthur L. Alarcón  
                                    UNITED STATES CIRCUIT JUDGE  
                                    Sitting by Designation